# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Waterlink, Inc.  
835 North Cassady Avenue  
Columbus, OH 43219  
**EIN:** 34–1788678

**Chapter:** 11

**Case No.:** 03–11989–MFW

## Amended ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 3/8/22, at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Debtor's Counsel is required to attend the hearing.  
  Trustee and/or Trustee's Counsel is required to attend the hearing.

Date: 2/23/22

*Mary F. Walrath*  
Mary F. Walrath  
Bankruptcy Judge

(VAN–460)