# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                          **Chapter:** 11
Waterlink, Inc.
835 North Cassady Avenue
Columbus, OH 43219
  **EIN:** 34−1788678                     **Case No.:** 03−11989−MFW


### Amended ORDER SETTING STATUS CONFERENCE


IT IS ORDERED that a Status Conference will be held on 3/8/22, at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.


  Debtor's Counsel is required to attend the hearing.
  Trustee and/or Trustee's Counsel is required to attend the hearing.


Date:  2/23/22

                                            Mary F. Walrath
                                            Bankruptcy Judge


(VAN−460)

In re:                                                                      Case No. 03-11989-MFW

Waterlink, Inc.                                                             Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                     User: admin                                    Page 1 of 3

Date Rcvd: Feb 23, 2022                  Form ID: van460                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

**Recip ID**          **Recipient Name and Address**
db              +  Waterlink, Inc., 835 North Cassady Avenue, Columbus, OH 43219-2203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022                     Signature:              /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Brent Fraim
           on behalf of Creditor Pension Benefit Guaranty Corporation fraim.brent@pbgc.gov  efile@pbgc.gov

Bruce Grohsgal
           on behalf of Debtor Waterlink  Inc. bgrohsgal@pszyj.com, efile@pszyj.com

Bruce Grohsgal
           on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS bgrohsgal@pszyj.com efile@pszyj.com

Bruce Grohsgal
           on behalf of Creditor Committee Pachulski Stang Ziehl & Jones  LLP bgrohsgal@pszyj.com, efile@pszyj.com

Carl N. Kunz, III
           on behalf of Creditor Mark E. Brody ckunz@morrisjames.com  wweller@morrisjames.com

Carl N. Kunz, III

on behalf of Creditor T. Scott King ckunz@morrisjames.com wweller@morrisjames.com

Curtis A Hehn

on behalf of Debtor Waterlink Inc. curtishehn@comcast.net

Curtis A Hehn

on behalf of Creditor Committee Pachulski Stang Ziehl & Jones LLP curtishehn@comcast.net

Curtis A Hehn

on behalf of Interested Party Edward T. Gavin Liquidating Agent of the Waterlink Liquidating Trust curtishehn@comcast.net

Curtis A. Hehn

on behalf of Interested Party Edward T. Gavin Liquidating Agent of the Waterlink Liquidating Trust chehn@pszjlaw.com

Curtis A. Hehn

on behalf of Debtor Waterlink Inc. chehn@pszjlaw.com

Curtis A. Hehn

on behalf of Other Prof. Liquidating Agent chehn@pszjlaw.com

David L. Buchbinder

david.l.buchbinder@usdoj.gov david.l.buchbinder@usdoj.gov

Delaware Claims Agency, LLC

ahynson@delclaims.com.

Francis A. Monaco, Jr.

on behalf of Creditor Calgon Carbon Corporation fmonaco@gsbblaw.com frankmonacojr@gmail.com

Henry A. Efroymson

on behalf of Interested Party CID Equity Captial V LP henry.efroymson@icemiller.com

Howard A. Cohen

on behalf of Financial Advisor Focus Management Group USA Inc. hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party Baker & Hostetler LLP hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Claims Agent Delaware Claims Agency LLC hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com

Howard A. Cohen

on behalf of Interested Party REED SMITH LLP hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

James C. Strum

on behalf of Interested Party American Commonwealth Management Services Company Inc. jstrum@delawarecounselgroup.com

James E O'Neill

on behalf of Debtor Waterlink Inc. joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Other Prof. Liquidating Agent joneill@pszjlaw.com efile1@pszjlaw.com

James E O'Neill

on behalf of Interested Party Edward T. Gavin Liquidating Agent of the Waterlink Liquidating Trust joneill@pszjlaw.com, efile1@pszjlaw.com

James E O'Neill

on behalf of Interested Party Liquidating Trustee joneill@pszjlaw.com efile1@pszjlaw.com

John R. Weaver, Jr.

on behalf of Interested Party CitiCapital Commercial Leasing Corporation f/k/a Associates Leasing Inc. jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com

John R. Weaver, Jr.

on behalf of Creditor CitiCapital Commercial Corporation jrweaverlaw@verizon.net DCrivaro@stark-stark.com;DMisener@stark-stark.com

Juandisha Harris

on behalf of Interested Party State Of Michigan Attorney General harrisj@michigan.gov

Kathleen M. Miller

on behalf of Creditor Minnesota Mining & Manufacturing Co. kmiller@skjlaw.com llb@skjlaw.com,jcb@skjlaw.com

Kimberly Ellen Connolly Lawson

on behalf of Debtor Waterlink Inc. klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com

Kristi J. Doughty

on behalf of Creditor Nissan Infiniti LT de-ecfmail@mwc-law.com de-ecfmail@ecf.inforuptcy.com

Kurt F. Gwynne

on behalf of Interested Party REED SMITH LLP kgwynne@reedsmith.com
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Claims Agent Delaware Claims Agency LLC kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Interested Party Baker & Hostetler LLP kgwynne@reedsmith.com
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Financial Advisor Focus Management Group USA Inc. kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Interested Party Natcity Investments Inc. kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Debtor Waterlink Management Inc. kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Debtor Waterlink Inc. kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Debtor C'Treat Offshore Inc. kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Other Prof. Saltz Shamis & Goldfarb, Inc. kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Debtor Barnebey Sutcliffe Corporation kgwynne@reedsmith.com
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne

on behalf of Debtor Waterlink Technologies Inc. kgwynne@reedsmith.com,
llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Martin J. Weis

on behalf of Interested Party GE Capital Modular Space mweis@dilworthlaw.com
cchapman-tomlin@dilworthlaw.com;mdolan@dilworthlaw.com

Mary Elizabeth Johnson

on behalf of Creditor Franklin County Treasurer Ohio mejohnso@franklincountyohio.gov

Michael Singer

on behalf of Creditor Argo Partners courts@argopartners.net

Michael R. Nestor

on behalf of Creditor Bank of America NA bankfilings@ycst.com

Peggy A. Housner

on behalf of Interested Party State Of Michigan Attorney General housnerp@michigan.gov

Rosalie L. Spelman

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS bankruptcy@potteranderson.com

Sergio I. Scuteri

on behalf of Interested Party CitiCapital Commercial Leasing Corporation f/k/a Associates Leasing Inc. sscuteri@capehart.com

Susan E. Kaufman

on behalf of Interested Party United Steelworkers of America AFL-CIO CLC skaufman@skaufmanlaw.com

Thomas Joseph Francella, Jr.

on behalf of Debtor Waterlink Inc. tfrancella@wtplaw.com,
kcallahan@cozen.com;sshidner@cozen.com;thomas-francella-6506@ecf.pacerpro.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 52