# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Waterlink, Inc.
835 North Cassady Avenue
Columbus, OH 43219
 **EIN:** 34–1788678

**Chapter:** 11

**Case No.:** 03–11989–MFW

**ORDER SETTING STATUS CONFERENCE**

IT IS ORDERED that a Status Conference will be held on 8/24/22, at 03:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or telephonically.

  Debtor's Counsel is required to attend the hearing.

Date:  7/27/22

Mary F. Walrath
Bankruptcy Judge

(VAN–460)