IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WATERLINK, INC., <u>et al.</u>,[1] | ) | Case No. 03-11989 (MFW) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

**NOTICE OF AGENDA ON MATTERS SCHEDULED FOR HEARING ON AUGUST 24, 2022, AT 3:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE MARY F. WALRATH**

**THE STATUS CONFERNCE HAS BEEN CANCELLED.**

**STATUS CONFERENCE**

1. *Order Setting Status Conference* [Filed 7/27/22] (Docket No. 867.)

   Status:  The status conference has been cancelled with the Court's permission.

Dated: August 22, 2022        */s/ James E. O'Neill*
                             James E. O'Neill (DE Bar No. 4042)
                             **PACHULSKI STANG ZIEHL & JONES LLP**
                             919 North Market Street, 17th Floor
                             P.O. Box 8705
                             Wilmington, Delaware 19899-8705 (Courier 19801)
                             Telephone:    (302) 652-4100
                             Facsimile:    (302) 652-4400
                             Email: joneill@pszjlaw.com

                             *Counsel to the Edward T. Gavin, Liquidating Agent to the Waterlink Liquidating Trust*

---

[1] The Debtors were the following entities: Waterlink, Inc., a Delaware corporation; Waterlink Management, Inc., an Ohio corporation; Barnebey Sutcliffe Corporation, an Ohio corporation; Waterlink Technologies, Inc., a Delaware corporation; and C'Treat Offshore, Inc., a Texas Corporation.