IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| WATERLINK, INC., et al.[1], ) | Case No. 03-11989 (MFW) |
| ) | |
| ) | (Jointly Administered) |
| ) | |
| Reorganized Debtors. ) | Ref. Docket No. __871__ |

**ORDER AND FINAL DECREE CLOSING REMAINING CHAPTER 11 CASE**

Upon consideration of the motion (the "Motion")[2] of Edward T. Gavin, as liquidating agent of the Waterlink Liquidating Trust (the "Liquidating Agent"), for entry of an order and final decree (this "Final Decree"), pursuant to section 350 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), closing the remaining chapter 11 case of Waterlink, Inc., Case No. 03-11989 (MFW) as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and Article XII of the Plan; and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being

---

[1] The Debtors were the following entities: Waterlink, Inc., a Delaware corporation; Waterlink Management, Inc., an Ohio corporation; Barnebey Sutcliffe Corporation, an Ohio corporation; Waterlink Technologies, Inc., a Delaware corporation; and C'Treat Offshore, Inc., a Texas Corporation.
[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion.

required; and the Court having determined that the relief sought in the Motion is in the best interests of the Liquidating Agent, the estate, creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The remaining chapter 11 case of Waterlink, Inc., Case No. 03-11989 (MFW), is hereby closed effective as of the entry of this Final Decree.

3. The Liquidating Agent shall, on or before 30 days after entry of this Final Decree: (a) pay all applicable fees due and payable pursuant to 28 U.S.C. § 1930(a)(6); and (b) file with the Court and serve copies of final post-confirmation reports on the U.S. Trustee.

4. Entry of this Final Decree shall be without prejudice to the rights of the Liquidating Agent, or any other party-in-interest to seek to reopen any of the Debtors' chapter 11 cases for cause.

5. The Liquidating Agent is authorized and empowered, and may in their discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Final Decree.

6. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation, and/or enforcement of this Final Decree.

Dated: September 8th, 2022  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:238620.3 92281/001